JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COREY LEE FLETCHER, | NO. CV 21-7731-CAS (AGR) |
| Petitioner, | **JUDGMENT** |
| v. | |
| S. PEERY, Warden, | |
| Respondent. | |

Pursuant to the Order Granting Petitioner's Request for Voluntary Dismissal and dismissing this action without prejudice,

IT IS ADJUDGED that judgment is entered dismissing this action without prejudice.

DATED: May 9, 2025

_____
CHRISTINA A. SNYDER
United States District Judge